#### IN THE UNITED STATES DISTRICT COURT FOR THE
#### NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| FLOYD BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 15-CV-547-JED-PJC |
| | ) |
| JV INDUSTRIAL COMPANIES, LTD | ) |
| ZACHRY INDUSTRIAL, INC. | ) |
| Defendants. | ) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED BY AND BETWEEN** Plaintiff Floyd Brown, and Defendants, JV Industrial Companies, LTD and Zachry Industrial, Inc., that the above styled cause of action, including all claims and affirmative defenses is hereby and herein dismissed with prejudice pursuant to the Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), with each party to bear its own attorneys' fees and costs.

| | |
|---|---|
| /s/Daniel E. Smolen | /s/Larry Cassil, Jr. |
| Daniel E. Smolen, OBA #19943 | Larry Cassil, Jr. |
| Lauren Lambright, OBA #22300 | HORNBEEK, VITALI & BRAUN, |
| SMOLEN, SMOLEN & ROYTMAN, PLLC | P.L.L.C. |
| 701 South Cincinnati Avenue | 3711 North Classen Boulevard |
| Tulsa, OK 74119 | Oklahoma City, OK  73118 |
| (918) 585-2667 | (405) 236-8600 |
| (918) 585-2669 Fax | cassil@hvblaw.com |
| danielsmolen@ssrok.com | *Attorney for Defendants* |
| *Attorneys for Plaintiff* | |